# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DERRICK BROADWAY

NO. 2024 KW 0951

**OCTOBER 17, 2024**

---

In Re:     Derrick Broadway, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge, No.
           Instanter.

---

**BEFORE:    WOLFE, MILLER, AND GREENE, JJ.**

   **WRIT GRANTED.** The district court's ruling finding relator in direct contempt of court is reversed. There was no showing that relator's alleged violation of the rule of the lower court was committed in the immediate view and presence of the trial court and of which it had personal knowledge. See La. Code Crim. P. art. 21. A review of the transcript of the September 18, 2024 contempt proceeding reflects that, at best, relator's actions constituted constructive contempt, and therefore, relator should have been tried by the judge on a rule to show cause alleging the facts constituting the contempt. See La. Code Crim. P. art. 23. Accordingly, the four-month sentence is vacated, and relator is ordered discharged forthwith.

EW
SMM
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT